

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR REHEARING

Cause number and style:   01–18–00403–CV; *Julia Marshall and Dennis Marshall v. ESA Management, LLC*

Date motion filed:   July 19, 2019

Party filing motion:   Julia Marshall and Dennis Marshall, Appellants

It is **ordered** that the motion for rehearing is denied.

Judge's signature:   __/s/ Richard Hightower_____
                        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Higley and Hightower.

Date:   _____August 6, 2019_____